**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| BEEKEEPERS MILL LLC,<br><br>Plaintiff,<br><br>v.<br><br>WELCOME MAT VACATIONS LLC, ET AL.,<br><br>Defendants. | ) | Civil No. 3:24-cv-00633<br>Judge Trauger |

**O R D E R**

On August 13, 2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 37), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the Plaintiff's Motion for Default Judgment Against all Defendants (Doc. No. 33) is GRANTED IN PART AND DENIED IN PART. The following are hereby ORDERED:

1. Both defendants are hereby held liable for misrepresentation, fraud, trespass to chattels, conversion and for violating § 47-18-109(a)(1) of the Tennessee Consumer Protection Act.

2. Defendant Welcome Mat Vacations, LLC ("WMV") alone is held liable for breach of contract and breach of the implied covenant of good faith and fair dealing.

3. Neither Defendant is held liable for promissory estoppel nor unjust enrichment.

4. The plaintiff is hereby awarded a base award of $156,391 against both defendants, jointly and severally, for the withheld funds.

5. Pursuant to Tenn. Code Ann. § 47-18-109(a)(3)-(4), the base award is trebled for a total award of $469,173, for which both defendants are liable, jointly and severally.

6. No award is made for the lost horses or punitive damages.

7. The request for attorney's fees is GRANTED IN PART for a total award of $8,360.00.

8. Prejudgment interest is awarded at the maximum rate of 10% per annum under Tenn. Code Ann. § 47-14-123, accruing from October 2, 2023 forward.

9. Post-judgment interest pursuant to 28 U.S.C. § 1961 is also awarded.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge